**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6713**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON DARRYL THOMAS, a/k/a "A",

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CR-94-69, CA-97-433-2)

———————

Submitted:  August 27, 1998        Decided:  September 22, 1998

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Aaron Darryl Thomas, Appellant Pro Se.  Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his "Motion to Dismiss Indictment for Lack of Jurisdiction" and his "Motion to Clarify the Filing of § 2255." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Thomas, Nos. CR-94-69; CA-97-433-2 (E.D. Va. Apr. 17, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED